McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

AUG 01 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM MICHAEL NITSCHKE,

    Defendant.

CASE NO. 2:19-CR-0127 TLN

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

## INDICTMENT

The Grand Jury charges: T H A T

WILLIAM MICHAEL NITSCHKE,

defendant herein, on or about February 22, 2019, in the County of Solano, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, that is:

(1) Assault with Force Likely to Result in Great Bodily Injury, in violation of California Penal Code section 245(a)(1), on or about March 14, 1996, in Solano County, California;

(2) False Impersonation, in violation of California Penal Code Section 529(a), on or about June 16, 1998, in Solano County, California;

(3) Criminal Threats, in violation of California Penal Code section 422, on or about May 7, 2001, in Solano County, California; and

(4) Possession of Stolen Property, in violation of California Penal Code section 496(a), on or about

April 6, 2010, in Solano County, California, did knowingly possess a firearm, specifically, a Smith and Wesson 9mm handgun with serial number A179282, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant WILLIAM MICHAEL NITSCHKE shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

*[signature]*

McGREGOR W. SCOTT
United States Attorney

INDICTMENT      2

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

WILLIAM MICHAEL NITSCHKE

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

Filed in open court this ___1st___ day

of ___August___, A.D. 20 _19_

_____PDuz_____
*Clerk.*

Bail, $ _ _ _ _ _ _ _ _ _ _ _ _ _

**NO BAIL WARRANT**

GPO 863 525

## United States v. William Michael Nitschke
## Penalties for Indictment

**Defendants**

**COUNT 1:**          **ALL DEFENDANTS**

VIOLATION:          18 U.S.C. § 922(G)(1) FELON IN POSSESSION OF A FIREARM -

PENALTIES:          Not more than 120 months,
                    Not more than $250,000 fine or both
                    A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:   all Defendants**

VIOLATION:          18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:          As stated in the charging document