| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | WILLIAM NITSCHKE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:19-cr-0127-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: March 5, 2020 |
| WILLIAM NITSCHKE, | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Troy L. Nunley |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney MICHAEL REDDING and Assistant Federal Defender LINDA C. ALLISON, attorney for WILLIAM NITSCHKE, that the status conference hearing set for March 5, 2020 be continued to April 30, 2020 at 9:30 a.m.

The reason for this continuance is that counsel for defendant desires additional time to discuss and review new discovery with her client, to conduct investigation related to the charges, and to continue with plea negotiations. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

/ / /

-1-

The parties further stipulate and agree to exclude time from the date of this stipulation March 2, 2020, to April 30, 2020 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: March 2, 2020                                  Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Linda C. Allison*
                                                      LINDA C. ALLISON
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      WILLIAM NITSCHKE


Dated: March 2, 2020                                  McGREGOR W. SCOTT
                                                      United States Attorney


                                                      */s/ Michael Redding*
                                                      MICHAEL REDDING
                                                      Assistant United States Attorney


**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for March 5, 2020 at 9:30 a.m. be continued to April 30, 2020 at 9:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though April 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 2, 2020

                                                      Troy L. Nunley
                                                      United States District Judge