1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    LINDA C. ALLISON, #179741
     Assistant Federal Defender
3    Designated Counsel for Service
     801 "I" Street, 3rd Floor
4    Sacramento, CA 95814
     Linda.allison@fd.org
5
     Attorneys for Defendant
6    WILLIAM NITSCHKE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   NO.   2:19-cr-0127-TLN
                                       )
12                  Plaintiff,         )   STIPULATION AND ORDER FOR A PRE-
                                       )   PLEA PRESENTENCE REPORT
13         v.                          )
                                       )
14   WILLIAM NITSCHKE,                 )   JUDGE:   Hon. Troy L. Nunley
                                       )
15                  Defendant.         )
                                       )
16   _____ )

17

18

19         The Defendant, William M. Nitschke, was arraigned in this case on January 27, 2020.

20   The government has provided discovery and the parties have discussed the case with the hope of

21   coming to a resolution.  Key to our discussions has been our attempt to agree on which prior

22   convictions are "scoreable".  This is a felon in possession case so the answer to this question is a

23   driving factor in the guidelines and is key to the negotiations.  The parties agree that the issue of

24   prior convictions is unusually difficult in this case and that a pre-plea presentence report by

25   probation would likely aid in this process.  Defense counsel has reached out to probation already

26   to discuss the particular issues in this case and to ask if the office had any objections to an order

27   for a pre-plea report.  They do not.

28         It is hereby stipulated and agreed between the United States of America, through Michael

                                        -1-

1   W. Redding, Assistant U.S. Attorney, and defendant, William Nitschke, by and through his

2   counsel, Linda C. Allison, Assistant Federal Defender, that a pre-plea presentence report from

3   the U.S. Probation Office will aid in the resolution of this case and request that the Court order

4   such a report at this time.

5

6   Dated:   June 2, 2020                              HEATHER E. WILLIAMS
                                                        Federal Defender
7

8                                                       /s/ Linda C. Allison
                                                        LINDA C. ALLISON
9                                                       Assistant Federal Defender

10

11  Dated:  June 2, 2020                               McGregor W. Scott
                                                        United States Attorney
12

13                                                      /s/ Michael W. Redding
                                                        Assistant United States Attorney
14

15

16                                    O R D E R

17          IT IS HEREBY ORDERED, for the reasons indicated by the parties, that United States

18  Probation Office prepare a pre-plea presentence in this case.

19

20  Dated: June 4, 2020

21

22                                                      Troy L. Nunley
                                                        United States District Judge
23

24

25

26

27

28