McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00127-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WILLIAM MICHAEL NITSCHKE, | DATE: July 16, 2020
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 16, 2020.

2. By this stipulation, defendant now moves to continue the status conference until August 20, 2020, at 9:30 a.m., and to exclude time between July 16, 2020, and August 20, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 50 pages of reports and several audio/video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense counsel has recently substituted in as counsel. He is in the process of

1  obtaining this discovery from the previous defense counsel.

2        b)      Given defense counsel has only recently become trial counsel in this case, defense
3  counsel requests time to become familiar with the facts and evidence in this case.  Specifically,
4  counsel for defendant desires additional time to obtain and review initial discovery, prepare
5  relevant motions, discuss trial strategies, research the defendant's criminal history, prepare
6  possible defenses, and otherwise prepare for trial.

7        c)      Counsel for defendant believes that failure to grant the above-requested
8  continuance would deny him/her the reasonable time necessary for effective preparation, taking
9  into account the exercise of due diligence.

10        d)      The government does not object to the continuance.

11        e)      Based on the above-stated findings, the ends of justice served by continuing the
12  case as requested outweigh the interest of the public and the defendant in a trial within the
13  original date prescribed by the Speedy Trial Act.

14        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15  et seq., within which trial must commence, the time period of July 16, 2020 to August 20, 2020,
16  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
17  because it results from a continuance granted by the Court at defendant's request on the basis of
18  the Court's finding that the ends of justice served by taking such action outweigh the best interest
19  of the public and the defendant in a speedy trial.

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 13, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated:  July 13, 2020

/s/ Daniel Olsen
Daniel Olsen
Counsel for Defendant
William Michael Nitschke

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of July, 2020.

Troy L. Nunley
United States District Judge