McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00127-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WILLIAM MICHAEL NITSCHKE, | DATE: August 20, 2020 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 20, 2020.

2. By this stipulation, defendant now moves to continue the status conference until October 8, 2020, at 9:30 a.m., and to exclude time between August 20, 2020, and October 8, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 50 pages of reports and several audio/video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense counsel has recently substituted in as counsel. He is in the process of

1 obtaining this discovery from the previous defense counsel.

2  b) Counsel for the defendant desires additional time to obtain and review initial
3 discovery, prepare relevant motions, discuss trial strategies, research the defendant's criminal
4 history, prepare possible defenses, and otherwise prepare for trial.

5  c) Counsel for the defendant believes that failure to grant the above-requested
6 continuance would deny him/her the reasonable time necessary for effective preparation, taking
7 into account the exercise of due diligence.

8  d) The government does not object to the continuance.

9  e) Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the
11 original date prescribed by the Speedy Trial Act.

12  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of August 20, 2020 to October 8,
14 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
15 T4] because it results from a continuance granted by the Court at defendant's request on the basis
16 of the Court's finding that the ends of justice served by taking such action outweigh the best
17 interest of the public and the defendant in a speedy trial.

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 18, 2020                             McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ MICHAEL W. REDDING
                                                    MICHAEL W. REDDING
                                                    Assistant United States Attorney


Dated:  August 18, 2020                             /s/ Daniel Olsen
                                                    Daniel Olsen
                                                    Counsel for Defendant
                                                    William Michael Nitschke


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of August, 2020.

                                                    Troy L. Nunley
                                                    United States District Judge