1  DANIEL L. OLSEN, #261645
   Abrate and Olsen Law Group
2  655 University Ave, Suite 230
   Sacramento, California 95825
3  Telephone: (916) 550-2688
4  Attorney for William Nitschke

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM NITSCHKE,<br><br>  Defendant. | Case No.: 2:19-cr-00127-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 8, 2020<br>TIME: 9:30 p.m.<br>COURT: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. The case was set for a status conference on October 8, 2020.
2. By this stipulation, defendant now moves to continue the status conference until November 19, 2020, at 9:30 a.m.
3. The parties agree and stipulate, and request that the Court find the following:
   a. The government has represented that the discovery associated with this case includes numerous pages of documents. All of this discovery has either been produced directly to the defense and/or made available for inspection or copying.
   b. The defense is conducting investigation by interviewing two (2) prior attorney's and requesting background information on the defendant and his priors that are related to the case.

- 1 -

      c. The defense needs additional time to continue obtaining priors, interviewing witnesses, and preparing a defense.

      d. The government does not object to the continuance.

      e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C sec. 3161, et seq., within which trial must commence, the time period of October 8, 2020 to November 19, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. sec. 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Courts finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: October 6, 2020        By:    /s/ Daniel L. Olsen
                                                                      DANIEL L. OLSEN
                                                                      Attorney for William Nitschke

DATED: October 6, 2020                  McGregor Scott
                                                             United States Attorney

                                                     By:    /s/ Michael Redding
                                                                      Michael Redding
                                                                      Assistant United States Attorney

**IT IS SO ORDERED.**

1  DATED: October 6, 2020

Troy L. Nunley
United States District Judge