1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL W. REDDING
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00127-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WILLIAM MICHAEL NITSCHKE, | DATE: November 19, 2020 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 19, 2020.

2. By this stipulation, defendant now moves to continue the status conference until January 7, 2021, at 9:30 a.m., and to exclude time between November 19, 2020, and January 7, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 50 pages of reports and several audio/video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense counsel has recently substituted in as counsel. He is in the process of

reviewing discovery and performing investigation.

      b)     Counsel for the defendant desires additional time to obtain and review initial discovery, obtain records of prior arrests and convictions, prepare relevant motions, discuss trial strategies, prepare possible defenses, and otherwise prepare for trial.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 19, 2020 to January 7, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 16, 2020              McGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ MICHAEL W. REDDING
                                       MICHAEL W. REDDING
                                       Assistant United States Attorney


Dated:  November 16, 2020              /s/ Daniel Olsen
                                       Daniel Olsen
                                       Counsel for Defendant
                                       William Michael Nitschke


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of November, 2020.


                                       Troy L. Nunley
                                       United States District Judge

Stipulation Regarding Excludable Time Periods Under Speedy Trial Act

3