IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM MICHAEL NITSCHKE,<br><br>Defendant. | Case №: 2:19-cr-00127-TLN<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The court relieved Mr. Olsen in court on January 7, 2021. The court has agreed to appoint another panel attorney. CJA Panel attorney Michael Hansen is hereby appointed effective January 12, 2021, the date the Office of the Federal Defender contacted him.

DATED: January 12, 2021

Troy L. Nunley
United States District Judge