McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00127-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WILLIAM MICHAEL NITSCHKE, | DATE: January 14, 2021
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 14, 2021.

2. By this stipulation, defendant now moves to continue the status conference until January 28, 2021, at 9:30 a.m., and to exclude time between January 14, 2021, and January 28, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendant recently substituted in as counsel. Discovery associated with this case includes approximately 50 pages of reports and several audio/video recordings. All of this discovery was produced directly to prior counsel. Defense counsel is in the process of obtaining this discovery from the government and prior counsel. He will then

begin reviewing discovery and performing investigation.

      b)     Counsel for the defendant desires additional time to obtain and review initial discovery, obtain records of prior arrests and convictions, prepare relevant motions, discuss trial strategies, prepare possible defenses, and otherwise prepare for trial.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2021 to January 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 13, 2021

M<small>C</small>GREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated:  January 13, 2021

/s/ Michael E. Hansen
Michael E. Hansen
Counsel for Defendant
William Michael Nitschke

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of January, 2021.

_____
Troy L. Nunley
United States District Judge