Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
WILLIAM NITSCHKE

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00127 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO RELEASE PAROLE RECORDS TO PARTIES** |
| vs. | |
| WILLIAM NITSCHKE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Redding, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant William Nitschke, that the parole records in the possession of the probation department be released to the parties.  The records are needed because of the complexity of the defendant's criminal history.

The Government concurs with this request.  Probation has no opposition to release of the records.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  February 16, 2021                                     Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
WILLIAM NITSCHKE

**1**
**Stipulation and Order to Release Parole Records**

Dated: February 16, 2021               McGREGOR SCOTT
                                       United States Attorney

                                       By: /s/ Michael E. Hansen for
                                       MICHAEL REDDING
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

DATED: February 17, 2021

_____
Troy L. Nunley
United States District Judge

Stipulation and Order to Release Parole Records