Devin Burstein
WARREN & BURSTEIN
State Bar No. 255389
501 West Broadway, Suite 240
(619) 234-4433
db@wabulaw.com

**EX PARTE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  19-cr-00127-TLN |
| Plaintiff, | 9th Cir. Case No.: 20-10337 |
| v. | |
| WILLIAM MICHAEL NITSCHKE, | REQUEST TO UNSEAL TRANSCRIPTS FOR APPEAL |
| Defendant. | |

For the purposes of appeal, Mr. Nitschke respectfully requests the Court unseal the sealed portions of the status-of-counsel hearings held on February 25, 2021, and March 11, 2021.  *See* Dckt. Nos. 43, 46.

The undersigned is appointed counsel for the appeal.  Without an order unsealing the transcripts, the undersigned cannot access them.  Without access to the full transcripts, the undersigned cannot ensure Mr. Nitschke receives effective assistance of counsel in his appeal.  *See Hardy v. United States*, 375 U.S. 277, 280 (1963) ("[W]hen, as here, new

1

counsel represents the indigent on appeal, how can he faithfully discharge the obligation which the court has placed on him unless he can read the entire transcript?  His duty may possibly not be discharged if he is allowed less than that.").

Accordingly, we ask the Court to unseal the transcripts for purposes of the appeal. A proposed order will be filed along with this request.   The undersigned has already ordered the subject transcripts via the e-voucher system.

Respectfully submitted,

Dated: December 3, 2021

/s/ *Devin Burstein*
Devin Burstein
WARREN & BURSTEIN

2