UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM MICHAEL NITSCHKE,<br><br>  Defendant. | Case No.: 2:19-cr-00127-TLN<br><br>ORDER TO UNSEAL TRANSCRIPTS |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the previously sealed portions of the hearings on February 25, 2021, and March 11, 2021, *see* Dckt. Nos. 43, 46, be unsealed for purposes of the appeal. A copy of the full transcript shall be provided to appointed counsel for Defendant's appeal.

**IT IS SO ORDERED**.

**DATED:  December 9, 2021**

Troy L. Nunley
United States District Judge