# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | |
| v. ) | **REENTRY COURT PROGRAM** |
| ) | |
| William Michael Nitschke, ) | **ORDER TO REDUCE TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT** |
| Defendant. ) | **(18 U.S.C. 3583(3)(1))** |
| ) | |
| ) | Docket Number:   0972 2:19CR00127-001 |

On September 17, 2024, the defendant was accepted as a participant in the Reentry Court Program.  As of October 21, 2025, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of October 21, 2025.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved.  The term of Supervised Release imposed on March 15, 2024, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.


**October 14, 2025**
Date

The Honorable Allison Claire
U.S. Magistrate Judge


**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved.  The defendant's term of Supervised Release is reduced by one year, with a new termination date of October 21, 2025.


**October 16, 2025**
Date

The Honorable Troy L. Nunley
Chief U.S. District Judge


cc:   Defendant
      Assistant United States Attorney:   To Be Assigned
      Defense Counsel:   Michael Hansen
      FLU Unit – United States Attorney's
      Office Fiscal Clerk - Clerk's Office